# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE L. ALLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 14-cv-849 (RBW) |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that this case shall be dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  December 8, 2014                Respectfully submitted,

    /s/ Donald J. Friedman
Donald J. Friedman, Bar No. 413701
**PERKINS COIE LLP**
700 Thirteenth Street, N.W.
Suite 600
Washington, DC  20005-3960
Telephone:  202-654-6240
Facsimile:  202-654-6211
dfriedman@perkinscoie.com

*Counsel for Plaintiff Katherine L. Alley, M.D.*

    /s/ Lela M. Ames
Lela M. Ames, Bar No. 976497
**WOMBLE CARLYLE SANDRIDGE &**
  **RICE LLP**
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC  20036
Telephone:  202-857-4427
Facsimile:  202-261-0088
lames@wcsr.com

*Counsel for Defendant, Unum Life Insurance Co. of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2014, I served a true and correct copy of the foregoing Stipulation of Dismissal via the Court's CM/ECF system on the following:

Donald J. Friedman, Esq.
James O. Bickford, Esq.
PERKINS COIE LLP
700 Thirteenth Street, N.W.
Suite 600
Washington, DC  20005-3960
*Counsel for Plaintiff Katherine L. Alley, M.D.*

    /s/ Lela M. Ames
Lela M. Ames (DC Bar No. 976497)
WOMBLE CARLYLE SANDRIDGE &
   RICE, LLP
1200 Nineteenth Street
Suite 500
Washington, DC  20036
Tel.:  202-857-4427
Fax:  202-261-0088
lames@wcsr.com

*Counsel for Defendant Unum Life Insurance
   Company of America*